FILED
DEC 11 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   '07 MJ 8977

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE No: _____ |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 8 U.S.C. § 1324(a)(2)(B)(iii) Bringing In Illegal Aliens Without Presentation (Felony) |
| Evelyn Verenice ZAMORA Arizaga (1) | |
| Benito De Jesus Emmanuel ZAMORA Arizaga (2), | |
| Defendants. | |

The undersigned complainant, being duly sworn, states:

That on December 10, 2007, within the Southern District of California, defendant Evelyn Verenice ZAMORA Arizaga and Benito De Jesus Emmanuel ZAMORA Arizaga, with the intent to violate immigration laws of the United States, knowing and in reckless disregard of the fact that one alien, namely, Lorenza Ines RAMIREZ Sanchez, had not received prior official authorization to come to, enter and remain in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to a Customs Border Protection Officer at the designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

JOSE L. BOLANOS
CBP Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11th DAY OF DECEMBER 2007.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Evelyn Verenice ZAMORA-Arizaga (1)
Benito De Jesus Emmanuel ZAMORA-Ariza (2)

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the reports of the apprehending officers and the investigation conducted by United States Customs & Border Protection Enforcement Officer Jose L. Bolanos.

On December 10, 2007, at approximately 11:07 A.M., Evelyn Verenice ZAMORA-Arizaga, driver, and Benito De Jesus Emmanuel ZAMORA-Arizaga, passenger, arrived at the Calexico, California, West Port of Entry, in a maroon 1994 Nissan Quest.

During the primary inspection, Evelyn Verenice ZAMORA- Arizaga and Benito De Jesus Emmanuel ZAMORA-Arizaga gave negative Customs declarations to the primary United States Customs and Border Protection Officer (CBPO) L. Parker. CBPO Parker tapped the side panel of the vehicle and noticed it was solid. Evelyn Verenice ZAMORA Arizaga admitted to CBPO Parker she was going to Calexico, California, and the vehicle belonged to her relative. CBPO Parker refer the vehicle to the vehicle secondary lot.

In secondary inspection United States Customs and Border Protection Officer (CBPO) C. Morse approached Evelyn Verenice ZAMORA Arizaga in which he received a negative Customs declaration. CBPO Morse tapped the side panel of the vehicle and noticed it was solid. CEO Randolph stated that his K-9 dog had given a positive alert to the vehicle. Officers Morse and Randolph noticed both defendants appeared nervous, scared and Benito De Jesus stood still and stared at the officers. The defendants turned their back on the vehicle as the vehicle was being inspected by officers. CEO Randolph inspected the vehicle and discovered what appeared to be a human body, later identified as Lorenza Ines RAMIREZ Sanchez. Lorenza Ines RAMIREZ Sanchez was removed from the vehicle.

Benito De Jesus Emmanuel ZAMORA Arizaga was placed under arrest and advised of his rights per Miranda. Benito De Jesus Emmanuel ZAMORA Arizaga stated he understood his rights and would speak without counsel. Benito De Jesus Emmanuel ZAMORA Arizaga stated his sister, Evelyn Verenice ZAMORA Arizaga, had asked him to accompany her shopping to Wal-Mart in Calexico. Benito De Jesus Emmanuel ZAMORA Arizaga stated the vehicle belongs to his sister's mother-in-law and he did not know there was a female hidden in the vehicle. At no time was Benito De Jesus Emmanuel ZAMORA Arizaga informed by officers that there was a female hidden in the vehicle.

Material Witness Lorenza Ines RAMIREZ Sanchez stated she is a native and citizen of Mexico with no legal entry documents to enter, reside or pass through the United States. RAMIREZ Sanchez stated she made arrangements herself with an unknown man who approached her outside the port of entry in Mexicali, Mexico. RAMIREZ Sanchez stated this unknown man instructed her to meet her at an unknown location where she was placed in the compartment of the vehicle. RAMIREZ Sanchez admitted she was going to pay a total of $3,800.00 to be smuggled into the United States and her final destination was Cathedral City to resume residence of 19 years.

Material Witness:

| Name | Country of Birth |
|---|---|
| Lorenza Ines RAMIREZ Sanchez | MEXICO |

Further, the complainant states that she believes said alien is a citizen of a country other than the United States; that said alien has admitted that she is deportable; that her testimony is material, that it is impracticable to secure her attendance at the trial by subpoena; and she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.